IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:21mj236 |
| ) | |
| TIMOTHY JAY NORMAN ) | |

**ORDER**

The defendant having demonstrated eligibility for appointment of counsel at government expense, CJA Panel Attorney Jones P. Byrd is directed to provide representation in this action.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

Date: July 7, 2021